IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

ERNEST VANDALL,

    Plaintiff,

v.                                                  Civil Action No. 5:17-CV-03544
                                                      The Honorable Irene C. Berger

WELLS FARGO BANK, N.A.,

    Defendant.

## PLAINTIFF'S CONSOLIDATED RESPONSE TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTIONS *IN LIMINE*

Plaintiff Ernest Vandall responds to Defendant Wells Fargo Bank, N.A.'s motion *in limine* as follows:

**Defendant's motion regarding location, hometown, competence, or size of counsel [Doc. 53]**

Wells Fargo seeks an order prohibiting any argument, mention, or reference to the location, hometown, competence, or size of counsel. Because those topics are routinely addressed and discussed in the jury selection process, the Court should deny the motion.

**Defendant's motion regarding Defendant not being adversely affected by the verdict [Doc. 54]**

Wells Fargo seeks an order prohibiting any argument, mention, or reference that Wells Fargo would not be adversely affected by the verdict. Vandall's counsel does not intend to make any such argument, mention, or reference and therefore Wells Fargo's motion is moot.

**Defendant's motion regarding the Golden Rule [Doc. 55]**

Wells Fargo seeks an order prohibiting Vandall's counsel from making a "Golden Rule" argument. Vandall's counsel does not intend to make any such argument, mention, or reference and therefore Wells Fargo's motion is moot.

**Defendant's motion regarding Defendant's size and resources [Doc. 56]**

Wells Fargo seeks an order prohibiting any argument, mention, or reference to its size or resources. Wells Fargo is a well-known corporation with offices in many locations, including West Virginia. Thus, the jury will be aware already of Wells Fargo's size and resources. Further, if the Court determines that the jury may consider an award of punitive damages, Wells Fargo's net worth and financial status are an integral part of the jury's consideration. Accordingly, the Court should deny the motion.

                         **ERNEST VANDALL**
                         **By Counsel**

/s/ Jeffrey V. Mehalic
Jeffrey V. Mehalic (WV State Bar No. 2519)
Law Offices of Jeffrey V. Mehalic
364 Patteson Drive, No. 228
Morgantown, WV 26505-3202
(304) 346-3462
*Counsel for Plaintiff Ernest Vandall*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**ERNEST VANDALL,**

    **Plaintiff,**

**v.**                                   **Civil Action No. 5:17-CV-03544**
                                             **The Honorable Irene C. Berger**

**WELLS FARGO BANK, N.A.,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Jeffrey V. Mehalic, hereby certify that on this 8th day of June, 2018, I electronically filed the foregoing using the CM/ECF system which will automatically send email notification of such filing to the following:

> John C. Lynch, Esquire
> Jason E. Manning, Esquire
> Jonathan M. Kenney, Esquire
> Troutman Sanders LLP
> 222 Central Park Avenue, Suite 2000
> Virginia Beach, VA 23462
> *Counsel for Defendant Wells Fargo Bank, N.A.*

                                             /s/ Jeffrey V. Mehalic
                                             Jeffrey V. Mehalic (WV State Bar No. 2519)